④

| | |
|---|---|
| 1 | HANK M. SPACONE |
| 2 | P.O. Box 255808<br>Sacramento, CA 95865 |
| 3 | (916) 485-5530<br>(916) 482-2860 |
| 4 | CHAPTER 7 BANKRUPTCY TRUSTEE |

FILED

KC 3

10 AUG -? AM 9: 13

CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA.

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

Sacramento DIVISION

In re:                                    Case No. **36-26824**

**Dunning Brothers Company**             Chapter 7

                                         **TURNOVER OF UNCLAIMED
                                         DIVIDEND(S)**
Debtor(s)                                [Bankruptcy Rule 3011]

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find submitted herewith check number 10160 in the amount of $7,221.74 representing the total amount of unclaimed dividend(s) in the above entitled estate. This amount is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 2 | Western States Sales Co.<br>Los Angeles, CA | 18.44 | 18.44 |
| 3 | Decker Jewett Bank<br>Marysville, CA | 752.13 | 752.13 |
| 4 | Chanslor & Lyon<br>Sacramento, CA | 210.85 | 210.85 |
| 7 | Kimball Upson Co.<br>Sacramento, CA | 5.51 | 5.51 |
| 10 | Van Voorhies Phinney Co.<br>Sacramento, CA | 2.09 | 2.09 |

| | | | | |
|---|---|---|---|---|
| 11 | Lamus Lundlee Parts Warehouse<br>Formerly Lamus Lundlee Co., 1900 V Street<br>Sacramento, CA 95818 | | 47.62 | 47.62 |
| 12 | Fisco Farm & Home Store<br>Formerly H.C. Shaw Co., 5666 E. Kings Canyon Road<br>Fresno, CA 93727 | | 3.67 | 3.67 |
| 13 | Pioneer Fabrics Co.<br>Oakland, CA | | 4.59 | 4.59 |
| 14 | Stockton Auto Wrecking Co.<br>Stockton, CA | | 30.38 | 30.38 |
| 16 | National Parts Co.<br>Oakland, CA | | 3.63 | 3.63 |
| 18 | Capital National Bank<br>Sacramento, CA | | 192.55 | 192.55 |
| 20 | M.P. Hubler<br>Hollister, CA | | 3,851.00 | 3,851.00 |
| 21 | Beal Furniture<br>Marysville, CA | | 4.62 | 4.62 |
| 22 | Arnot Motor Co<br>Marysville, CA | | 24.08 | 24.08 |
| 24 | AT & T<br>Formerly Pacific Telephone, 32 Avenue of the Americas<br>New York, NY 10013-2412 | | 33.13 | 33.13 |
| 27 | Borg Group<br>Formerly C.W. Marwedel, 2431 Golden Springs Drive<br>Diamond Bar, CA 91765 | | 2.06 | 2.06 |
| 28 | Dunham Carrigan & Hayden Co.<br>San Francisco, CA | | 185.98 | 185.98 |
| 30 | Cobbledick-Kibbe Co.<br>Herbert M. Elliott, 1001 Marina Village Parkway<br>Alameda, CA 94501 | | 4.35 | 4.35 |
| 32 | Marysville Star<br>Marysville, CA | | 28.18 | 28.18 |
| 36 | D.L. Aiken | | 33.46 | 33.46 |

| | | | | |
|---|---|---|---|---|
| 1 | | | | |
| 2 | 38 | Buddy Seat cover | 6.31 | 6.31 |
| 3 | | Los Angeles, CA | | |
| 4 | 40 | Ideal Tire and Groove Co. | 0.76 | 0.76 |
| | | Detroit, MI | | |
| 5 | 41 | Pennzoil Co. | 33.13 | 33.13 |
| 6 | | 700 Mailam Street<br>Houston, TX 77002 | | |
| 7 | 44 | U.S. Towel Service | 7.72 | 7.72 |
| 8 | | | | |
| 9 | 45 | National Cold Storage<br>Formerly National Ice & Cold Storage, 210 Center Street<br>Los Angeles, CA 90012 | 10.12 | 10.12 |
| 10 | 46 | Rogers Conley & Hale | 11.47 | 11.47 |
| 11 | | Sacramento, CA | | |
| 12 | 48 | Hoover Spring Co | 5.15 | 5.15 |
| 13 | | San Francisco, CA | | |
| 14 | 49 | Scovel & Sons Co.<br>605 Laurelwood Road<br>Santa Clara, CA 95050 | 3.43 | 3.43 |
| 15 | | | | |
| 16 | 51 | Motor Supply Co. | 24.16 | 24.16 |
| 17 | | Marysville, CA | | |
| 18 | 52 | Mangrum, Holbrook<br>301 Golden Gate Avenue<br>San Francisco, CA 94102 | 6.33 | 6.33 |
| 19 | 53 | Bernice Jones | 1,540.41 | 1,540.40 |
| 20 | | 3110 College Avenue<br>Berkeley, CA | | |
| 21 | 54 | E.M. Dunning | 115.71 | 115.71 |
| 22 | | Marysville, CA | | |
| 23 | 55 | US Government<br>ET Comegys, Finance Officer<br>San Francisco, CA | 18.73 | 18.73 |
| 24 | | | | |
| 25 | | TOTAL CHECK AMOUNT: | | $7,221.74 |

Dated: July 27, 2010

_____
HANK M. SPACONE, TRUSTEE